UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FARUQ EL BEY,**

    **Plaintiff,**

    v.

**OFFICER BARRY, et al.,**

    **Defendants.**

Case No. 2:13-cv-732
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's August 21, 2013 Report and Recommendation. (ECF No. 5.)  In that filing, the Magistrate Judge recommended that the Court dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute this action.  The Report and Recommendation advised Plaintiff that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (ECF No. 5, at Page ID # 27.)

The Court has reviewed the Report and Recommendation.  Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 5) and **DISMISSES** this action pursuant to Federal Rule of Civil Procedure 41(b).

    IT IS SO ORDERED.

    /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE